POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Michael Ram, 104805 <br> Morgan and Morgan Complex Litigation Group <br> 711 Van Ness Avenue, Suite 500 <br> San Francisco, CA 94102 <br> TELEPHONE NO.: (901)661-5546 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court, Northern District of California <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: ODETTE R. BATIS <br> DEFENDANT/RESPONDENT: Dun & Bradstreet Holdings, Inc. | CASE NUMBER: <br> 3:22-cv-01924 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 12594785 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Civil Cover Sheet, Notice of Lawsuit and Request to Waive Service of a Summons, ECF Registration Information, Notice of Assignment of Case, Order - Judge Chesney Standing Orders, Notice MJ Consent Brochure, Order Setting CMC

3. a. Party served: Dun & Bradstreet Holdings, Inc.

   b. Person Served: The Corporation Trust Company—Nadia Bellamy - Person Authorized to Accept Service of P

4. Address where the party was served: 1209 N Orange St
   Wilmington, DE 19801

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 04/08/2022       (2) at (time): 2:50PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Dun & Bradstreet Holdings, Inc.
under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name:          Sharlene Brooks
   b. Address:       One Legal - P-000618-Sonoma
                     1400 North McDowell Blvd, Ste 300
                     Petaluma, CA 94954

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 250.00
   e I am:
      (1) Not a registered California process server.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Date: 04/11/2022

Sharlene Brooks
(NAME OF PERSON WHO SERVED PAPERS)                           (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 17987967