IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODETTE R. BATIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>　　　　　Defendant. | Case No.  22-cv-01924-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　In light of defendant's pending motion to strike plaintiff's complaint or, alternatively, to motion to dismiss the complaint, the Case Management Conference currently scheduled for November 18, 2022, is hereby CONTINUED to January 27, 2023, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than January 20, 2023.

　　　**IT IS SO ORDERED.**

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　	　　　　　United States District Judge