IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODETTE R. BATIS,<br><br>           Plaintiff,<br><br>     v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>           Defendant. | Case No. 22-cv-01924-MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of defendant's pending motion to stay (see Dkt. No. 52), the Case Management Conference currently scheduled for March 17, 2023, is hereby VACATED, and will be reset, if necessary, pending resolution of defendant's motion.

**IT IS SO ORDERED.**

Dated: March 6, 2023

*(signature)*
MAXINE M. CHESNEY
United States District Judge