FILED

JAN 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ODETTE R. BATIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>Defendant-Appellant. | No.   23-15260<br><br>D.C. No. 3:22-cv-01924-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  SILER,[*] CLIFTON, and M. SMITH, Circuit Judges.

Appellee's motion (Docket No. 27) to file the corrected brief is GRANTED. The court will not and did not consider the references to the out-of-record emails to which D&B objected in its opposition.

---

[*] The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.