UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



ODETTE R. BATIS, on behalf of herself and all others similarly situated,

        Plaintiff-Appellee,

 v.

DUN & BRADSTREET HOLDINGS, INC.,

        Defendant-Appellant.

No.    23-15260

D.C. No. 3:22-cv-01924-MMC
Northern District of California,
San Francisco

ORDER

Before:  SILER,* CLIFTON, and M. SMITH, Circuit Judges.

The petition for panel rehearing or rehearing en banc (Docket Entry No. 42) will be held in abeyance pending the resolution of en banc rehearing of *Martinez v. ZoomInfo Technologies, Inc.*, Case No. 22-35305.

---

      *     The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.