IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODETTE R. BATIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>    Defendant. | Case No. 22-cv-01924-MMC<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

On July 8, 2024, the Ninth Circuit filed an Order affirming this Court's denial of defendant's motion to strike plaintiff's putative class action.

In light thereof, the Court hereby SCHEDULES a Status Conference for October 4, 2024, at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than September 27, 2024. IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: August 5, 2024

MAXINE M. CHESNEY
United States District Judge