```
 1  Michael F. Ram (SBN 104805)
    mram@forthepeople.com
 2  MORGAN & MORGAN
    COMPLEX LITIGATION GROUP
 3  711 Van Ness Avenue, Suite 500
    San Francisco, CA 94102
 4  Telephone: (415) 358-6913
 5  Facsimile: (415) 358-6293

 6  Attorneys for Plaintiff
 7  [Additional Attorneys for Plaintiff in Signature]

 8  Elizabeth L. Schilken (SBN 241231)
    SchilkenE@ballardspahr.com
 9  BALLARD SPAHR LLP
    2029 Century Park East, Suite 1400
10  Los Angeles, CA 90067-2915
    Telephone: (424) 204-4400
11  Facsimile: (424) 204-4350

12
    Attorneys for Defendant
13  [Additional Attorneys for Defendant in Signature]
```

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ODETTE R. BATIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>Defendant. | Case No. 3:22-cv-01924-MMC<br><br>**AMENDED\* [PROPOSED] JOINT CASE SCHEDULING ORDER**<br><br>Hon. Maxine M. Chesney<br><br>Complaint Filed: March 25, 2022 |

\*The sole amendment is to substitute March 6, 2026 for March 7, 2025 on the last page.

The Parties to the above-entitled action jointly submit this [PROPOSED] JOINT CASE SCHEDULING ORDER pursuant Docket 78.

15. <u>Scheduling</u>.

The parties propose the following schedule in light of the Court's rulings and comments at the Case Management Conference on October 18, 2024. Dkt. 78.

| Event | Proposed Date |
|---|---|
| Fact discovery closes (excluding class issues) | July 31, 2025 |
| Defendant's expert reports for summary judgment motion[1] | August 29, 2025 |
| Plaintiff's rebuttal expert reports | September 26, 2025 |
| Expert depositions complete | October 24, 2025 |
| Defendant's summary judgment motion | November 21, 2025 |
| Plaintiff's opposition to summary judgement motion | December 19, 2025 |
| Defendant's reply in support of summary judgment motion | January 31, 2026 |
| Hearing on Defendant's summary judgement motion | March 2026, or another date to be fixed by the Court |
| Further case management conference to be set by the Court after ruling on Defendant's summary judgment motion to set class certification briefing schedule and expert discovery related to same. | |

---

[1] This schedule does not address additional expert reports the parties may wish to serve following Defendant's motion for summary judgment.

Dated: November 1, 2024

*/s/ Brittany Resch*
Brittany Resch (*pro hac vice*)
STRAUSS BORRELLI PLLC
980 North Michigan Ave Suite 1610
Chicago Illinois 60611
Telephone: (872) 263-1100
bresch@straussborrelli.com

Michael Francis Ram
Marie Noel Appel
MORGAN & MORGAN
Complex Litigation Group
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
MRam@forthepeople.com
mappel@forthepeople.com

Benjamin Ross Osborn
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen Street, Apt. 4
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

Dated: November 1, 2024

*/s/ Ashley I. Kissinger*
Ashley I. Kissinger
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80203-5596
Telephone: (303) 376-2407
Facsimile: (303) 296-3956
kissingera@ballardspahr.com

Elizabeth L. Schilken
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 204-4371
Facsimile: (424) 204-4350
schilkene@ballardspahr.com

Michael R. O'Donnell (*pro hac vice*)
RIKER DANZIG LLP
One Speedwell Avenue
Morristown, NJ 07962
Telephone: (973) 451-8476
Facsimile: (973) 451-8700
modonnell@riker.com

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: November 1, 2024

*/s/ Brittany Resch*
Brittany Resch

## **CASE MANAGEMENT ORDER**

The above [PROPOSED] JOINT CASE SCHEDULING ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. In addition, the Court makes the further order stated below:

The hearing on Defendant's summary judgment motion is March 6, 2026, at 9:00 a.m.

IT IS SO ORDERED.

November 5, 2024
Date

Honorable Maxine M. Chesney
Senior United States District Judge