UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODETTE R. BATIS,<br><br>       Plaintiff,<br><br>    v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>       Defendant. | Case No. 22-cv-01924-MMC (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 82, 87, 88, 91 |

    D&B shall provide one of Batis's attorneys with 15 days of access to the free trial version of Hoovers. Only the attorney Batis designates may use the account.

    Batis hasn't convinced the Court that she needs more than 15 days of access, or that she needs login credentials for Hoovers's subscription version. D&B has agreed to allow Batis to explore the subscription version during a demonstration deposition. Perhaps, as Batis worries, the demonstration won't be effective, but that concern is premature.

    By May 20, 2025, the parties must meet and confer about the start date for Batis's 15 days of access to the free trial version of Hoovers.

    The parties' motions to seal (dkts. 82, 87, 91) are denied. The Court isn't convinced that "specific prejudice or harm will result" if the information in question about Hoovers is made public. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003).

The material provisionally filed under seal must be publicly filed by May 20, 2025.

**IT IS SO ORDERED.**

Dated: May 14, 2025

Alex G. Tse
United States Magistrate Judge